One year (50 issues) Payable in Advance........$15.00
Single Numbers ...............................  .35

Chief Editor and Bus. Mgr., Jay F. Laning

Circulation Manager, Sam H. Torrey

### THE LAW ABSTRACT COMPANY

Office, Editorial Rooms and Library, 13916 Euclid Ave.
Cleveland, O.

### ABSTRACT AIDS

Many Abstract subscribers, frequently find among the Court of Appeals opinions it reports, one which they are especially interested in, and write us to obtain for them a full opinion. We can generally comply with such requests, either by making a copy or granting a loan of the one on our files.

### FOR SALE

American Digest, 1st & 2nd Decennial, also Annuals.
Page on Contracts (last ed.).
19 Volumes Negligence Compensation Cases Annotated.
Books in good condition. Prices reasonable.
Box 328.                                Athens, Ohio.

## SYLLABUS

### Cases Decided by Supreme Court

No. 20198—The Warren-Salem Coach Line Co. v. The Public Utilities Commission of Ohio. Error to the Public Utilities Commission.

973.  PUBLIC UTILITIES COMMISSION— Where evidence shows lack of transportation facilities to a community, it is error, for Public Utilities Commission to deny extensions of service, which will remedy the condition.

DAY, J.

In a proceeding before the Public Utilities Commission for an extension of an existing bus route, where the evidence shows that the public affected by such proposed extension does not have adequate common carrier transportation service and taht the granting of such extension will serve the convenience and necessity of the general public and eliminate the inadequacy and inconvenience of such lack of service, the needs of the public being the primary consideration, it is error to deny such extension.

Judgment reversed.

Marshall, CJ., Allen, Kinkade and Jones, JJ., concur.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Cases taken to the Supreme Court, on motion to the Court of Appeals to certify its record, are placed upon its Motion Docket, and each week a list of those wherein the motion is decided, is given out by the court, as shown below. No opinion or syllabus is announced for these.

The Abstract publishes this docket each week, and annotates the paragraphs, so that lawyers get a history of each case, and the points involved in it, by referring to the case in the Court of Appeals if reported in the Abstract, or to the Pending Case, where it has been previously written up. When otherwise, it is soon provided and published.

No other paper publishes the cross references.
The cases are also entered in the Concordance, when they affect other cases.

### INDEX OF CASES

Warren-Salem Coach Co. v. P. U. C.............. 20198 .
State ex Croghan Creamery Co. v. Johnston...... 20416

### PROCEEDINGS
#### OHIO SUPREME COURT
#### TUESDAY, APRIL 19, 1927

### GENERAL DOCKET

20198—The Warren-Salem Coach Line Co. v. Public Utilities Commission; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Day, Allen, Kinkade and Jones, JJ., concur. Dock. 1-30-26, 4 Abs, 805.

20416—State of Ohio, ex rel. The Croghan Creamery Co., v. Homer Johnston, etc. In Mandamus. Dismissed by consent of parties, without record, at costs of relator. Dock. 3-26-27, 5 Abs. 198.

### MOTION DOCKET

The Abstract publishes this docket each week, and annotates the paragraphs by a reference to places wherein it the case was docketed, and, where the Court of Appeals opinion or Pending Case summary can be found. No other paper publishes these references.

The cases are indexed as below; also on the last page of cover of the Abstract of the week they appear in print.

Cases marked in the Index with a star (*) have opinions in the Abstract of the same week.

The opinions are also digested each week, at the close of the paper. They are also entered in the Concordance, when the decision affects any of the Abstract's reported cases.

### INDEX OF CASES

Sorna v. Maple Heights (Vil.) .................. 20450

### MOTION DOCKET

20450—Anna Sorna v. The Village of Maple Heights et al. Motion for Cuyahoga Appeals to certify. Dismissed by plaintiff in error at her costs, without prejudice. Dock. 4-13-27, 5 Abs.